IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0099-CG-N ) |
| CINCINNATI INSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 25, 2014 is **ADOPTED** as the opinion of this Court. Accordingly, the court finds that this case may move forward without SMP Welding, LLC, and therefore the motions to dismiss (Docs. 19 and 22) the complaint (Doc. 1) are hereby **DENIED**.

**DONE** and **ORDERED** on July 15 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE